**ABBOTT LABORATORIES,**
**Plaintiff–Appellee,**

v.

**TORPHARM, INC., Apotex, Inc., and Apotex Corporation, Defendants–Appellants.**

No. 04–1380.

United States Court of Appeals, Federal Circuit.

Feb. 14, 2005.

Rehearing Denied March 9, 2005.

Before MAYER, Circuit Judge, FRIEDMAN, Senior Circuit Judge, and CLEVENGER, Circuit Judge.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.